

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bank of America, N.A.,          \* From the 259th District Court
of Jones County,
Trial Court No. 024557.

Vs. No. 11-21-00137-CV          \* October 21, 2021

Rolan F. Floyd,          \* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Bank of America N.A.'s motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Bank of America, N.A.